IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MURPHY, et al., | No.  2:24-CV-2046-DC-DMC |
| Plaintiffs, | |
| v. | ORDER |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  On referral from the District Judge, the matter is set for an initial status/scheduling conference before the undersigned on November 20, 2024, at 10:00 a.m., via Zoom.  On or before November 13, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated:  October 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1