IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MURPHY, et al., | No. 2:24-CV-2046-DC-DMC |
| Plaintiffs, | |
| v. | ORDER |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. On referral by the District Judge, the parties appeared before the undersigned on November 20, 2024, for an initial status/scheduling conference. After discussion with counsel, the Court will defer scheduling of this matter pending filing and resolution of cross-motions for summary judgment. The following schedule is set for cross-motions:

| | |
|---|---|
| March 21, 2025 | Last day to file cross-motions. |
| April 17, 2025 | Last day for file opposition briefs. |
| May 1, 2025 | Last day to file reply briefs. |
| May 16, 2025 | Hearing before the District Judge, subject to calendar availability. |

/ / /

1

The filing of early cross-motions for summary judgment will not prejudice either side from bringing a second dispositive motion later in the proceedings.

A further status/scheduling conference is set for June 18, 2025, at 10:00 a.m., before the undersigned via Zoom. The Court will provide the parties with connection information separately.

IT IS SO ORDERED.

Dated:  December 3, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE