IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MURPHY, et al., | No. 2:24-CV-2046-DC-DMC |
| Plaintiffs, | |
| v. | ORDER |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. On November 20, 2024, upon referral from the District Judge, the Court conducted an initial scheduling conference. At the conference, counsel requested a briefing schedule for cross-motions for summary judgment in lieu of a full schedule for the case through trial setting. The Court granted the parties' request and, on December 4, 2024, issued an order setting a briefing schedule for cross-motions for summary judgment. See ECF No. 13. The Court also set a further scheduling conference for June 18, 2025, before the undersigned. See id.

A review of the docket reflects that the parties timely filed their cross-motions for summary judgment, which are both set for hearing before the District Judge on May 16, 2025. See ECF Nos. 15 and 16. The Court will vacate the June 18, 2025, further scheduling conference pending resolution of the parties' cross-motions for summary judgment by the District Judge.

1    Accordingly, IT IS HEREBY ORDERED that the further scheduling conference
2 set for June 18, 2025, before the undersigned is VACATED.

4 Dated:  April 25, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2